JOHN L. BROWNELL, Respondent, *v.* ELISHA RUCKMAN, Appellant.

Where the court grants an order within its discretion, upon terms, the party asking for it cannot appeal to this court; he need not accept the conditions, if he declines he stands as if the favor was denied, and the power of review ends with the General Term.

(Argued June 14, 1881 ; decided June 21, 1881.)

THIS was an appeal from an order of General Term, which affirmed an order of Special Term granting defendant's motion that an inquest taken herein be set aside on condition that defendant pay the taxed costs, including $800 extra allowance. The court say:

" The question presented on this appeal brings it within the principle on which we lately decided. *The Matter of the Waverly Water Works Company,* opinion by EARL, J., June 14, 1881, * viz.: that one who asks an order which the court may, in its discretion, grant or refuse, must, if he obtains it, submit to the conditions which the court impose. He need not accept it, and he then stands as if the favor was denied. The power of review ended with the General Term."

*Samuel Hand* for appellant.

*John H. Post* for respondent.

*Per Curiam.*    Opinion for dismissal of appeal.
All concur.
Appeal dismissed.